AUGUST 31, 1993

No. A-174 (O. T. 1993). BEAVERS *v.* TEXAS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency

executed by petitioner denied. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE GINSBURG took no part in the consideration or decision of this motion and this application.